UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WARREN ZINNAMON,

                Plaintiff,                22-cv-9703 (JGK)

      - against -                    ORDER

SHASHI, INC.,

                Defendant.

---

    The summons and complaint were served on the defendant on January 13, 2023. Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was February 3, 2023.

    The time for the defendant to answer or respond to the complaint is extended to **February 27, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:    New York, New York
           February 13, 2023

                                          _____
                                              John G. Koeltl
                                       United States District Judge