UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WARREN ZINNAMON,
                    Plaintiff,

                                                                         22 civ 9703 (JGK)

       -against-

SHASHI, INC.,
                    Defendant.
------------------------------------------------------------X

**ORDER**

The Court, via order on February 13, 2023, directed the defendant to respond to the complaint by February 27, 2023. To date, the defendant has not responded to the complaint, nor has the defendant responded to the Court's February 13, 2023 order.

The plaintiff shall file an application for default, via order to show cause and pursuant to this Court's rules, by **March 20, 2023.**

The conference scheduled for Wednesday, March 15, 2023, at 12:00pm, is canceled..

**SO ORDERED.**

                                                    S/John G. Koeltl
                                               **JOHN G. KOELTL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         March 8, 2023